**Order entered September 23, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01086-CV

### KEVIN BODE, ET AL., Appellants

### V.

### FEDERAL NATIONAL MORTGAGE ASSOCIATION, Appellee

**On Appeal from the County Court at Law No. 6
Collin County, Texas
Trial Court Cause No. 006-00825-2014**

## ORDER

We **GRANT** the September 11, 2014 motion of Jennifer Corley, Official Court Reporter for the County Court at Law No. 6 of Collin County, Texas, for an extension of time to file the reporter's record. The reporter's record shall be filed on or before **MONDAY, OCTOBER 13, 2014**.

/s/     ADA BROWN
        JUSTICE